IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff-Respondent*, | ) |
| v. | ) NO. 1:18CR00022 RLW |
| DARYN EASTON, | ) |
| *Defendant-Petitioner.* | ) |

### MOTION FOR LEAVE TO FILE DOCUMENT IN EXCESS OF FIFTEEN PAGES UNDER SEAL

Comes now Assistant Federal Public Defender Michael Skrien to request leave to file defendant's Motion for Compassionate Release in excess of the ordinary 15-page limit for pleading in Local Rule 4.01(D) under seal pursuant to this Court's Local Rule 83-13.05 <u>Pleadings and Documents Filed Under Seal</u> because said document contains information of a personal and confidential nature.  He makes this request in order to properly set out the basis for defendant's request for "compassionate release" based on "extraordinary and compelling" circumstances under 18 U.S.C §3582(c)(1)(A)(i), as amended by the First Step Act of 2018.

Respectfully submitted,

/s/Michael A. Skrien
Michael A. Skrien 43133MO
Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: Mike_Skrien@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon - Paul W. Hahn, Assistant United States Attorney.

/s/Michael A. Skrien  
Michael A. Skrien
